IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16CR3047 |
| vs. | |
| RAYANNE PAULMAN, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Federal Public Defender or his designee is appointed to represent the defendant on her motion for compassionate release (Filing 87).

2. The progression order deadlines (Filing 88) remain in effect.

3. The Clerk of Court shall provide a copy of this order, and Filings 87 and 88, to Federal Public Defender David R. Stickman, Assistant United States Attorney Michael P. Norris, and Supervising United States Probation Officer Aaron Kurtenbach.

Dated this 30th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge